**In re Myron Roderick NUNN,
Petitioner.**

No. 11–1213.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 16, 2011.

Decided: June 20, 2011.

Myron Roderick Nunn, Petitioner pro se.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Myron Roderick Nunn petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2254 (2006) petition. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied Nunn's petition on June 7, 2011. Accordingly, because the district court has recently decided Nunn's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*